**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6138**

KHALIL A. SALAHUDDIN,

> Petitioner - Appellant,

v.

CHADWICK DOTSON,

> Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:24-cv-00146-RBS-RJK)

Submitted:  August 25, 2025                    Decided:  September 18, 2025

Before WILKINSON, HARRIS, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Khalil A. Salahuddin, Appellant Pro Se.  Katherine Quinlan Adelfio, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khalil A. Salahuddin seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Salahuddin's 28 U.S.C. § 2254 petition as an unauthorized, successive § 2254 petition.  The order is not appealable unless a circuit justice or judge issues a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)(A).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Salahuddin has not made the requisite showing.  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2